# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

131892

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ABN AMRO MORTGAGE GROUP, INC.,
     Plaintiff-Appellant,

v

          SC: 131892
          COA: 258865
          Oakland CC: 2003-053396-CH

CHARTER ONE BANK, N.A.,
     Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the July 6, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

_____
Clerk

s1120